UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08CR2273-BTM |
| | ) | 08mj1947 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Armando Lopez-Robles | ) | |
| Defendant(s) | ) | Booking No. 56586198 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Pedro Garcia-Perez
(Arr 6/30/08)

DATED: 7/10/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✰ U.S. GPO: 2003-581-774/70082