UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Armando Lopez-Robles ) <br> Defendant(s) ) | CRIMINAL NO. 08CR2273 <br> 08mj1947 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 56586198 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Ruben Castillo-Garcia
(Arr 6/30/08)

DATED: 7/10/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
      Deputy Clerk