FILED

JUL 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ARMANDO LOPEZ-ROBLES,<br><br>          Defendant. | Criminal Case No. 08CR2273-BTM<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about June 24, 2008, within the Southern District of California, defendant ARMANDO LOPEZ-ROBLES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ruben Castillo-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 7/10/08      .

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
7/1/08