AO 455 (Rev. 5/85) Waiver of Indictment

**ORIGINAL FILED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JUL 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ARMANDO LOPEZ-ROBLES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2273 BTM

I, ARMANDO LOPEZ-ROBLES, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on July 10, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Armando Lopez Robles
Defendant

_____
Defense Counsel

Before _____
Judicial Officer